IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO.4:03-CR-055-Y |
| | § | (CIVIL NO.4:03-CV-1434-Y) |
| PETER C. ADIEME | § | |

## FINAL JUDGMENT

Pursuant to an Opinion and Order Dismissing, In Part, and Denying Motion Under 28 U.S.C. § 2255 issued this same day, and Federal Rule of Civil Procedure 58:

It is hereby ORDERED, ADJUDGED, and DECREED that all claims for relief in Peter C. Adieme's motion for relief under 28 U.S.C. § 2255, except for the claims of ineffective assistance of counsel relating to the voluntariness of his plea, be, and they are hereby, DISMISSED with prejudice.

It is further ORDERED, ADJUDGED, and DECREED that Adieme's claims of ineffective assistance of counsel relating to the voluntariness of his plea be, and they are hereby, DENIED.

SIGNED May 24, 2005.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE